IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TONY BERNARD DANIELS, JR.,

      Appellant,

v.

      Case No.  5D23-1074
      LT Case No. 2015-CF-002466-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed May 2, 2023

3.800 Appeal from the Circuit Court
for Duval County,
R. Anthony Salem, Judge.

Tony B. Daniels, Jr., Cross City, pro se.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.


LAMBERT, C.J., WALLIS and KILBANE, JJ., concur.